

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/02/2012 01:30 PM

COURTROOM A, 5th Floor

HONORABLE ARTHUR BRISKMAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:12-bk-01375-ABB | 7 | 02/02/2012 |

Chapter 7

**DEBTOR:** Annette Soltau

**DEBTOR ATTY:** NA

**TRUSTEE:** Leigh Meininger

**HEARING:**

Reaffirmation Agreement between Debtor and AMERICAN HONDA FINANCE CORPORATION. re: 2010 Honda Odyssey for the amount of $5209.16 /monthly payments in the amount of $473.56   (Doc. #13)

**APPEARANCES::** Annette Soltau: Debtor

**RULING:**
Reaffirmation Agreement between Debtor and AMERICAN HONDA FINANCE CORPORATION. re: 2010 Honda Odyssey for the amount of $5209.16 /monthly payments in the amount of $473.56   (Doc. #13) - Denied:  Order by Court.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>