**[6bjreaf]** [ORDER APPROVING or DENYING REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                        Case No. 6:12–bk–01375–ABB
                                                                                     Chapter 7

Annette Soltau
321 Colonade Ct
Kissimmee, FL 34758




    _____Debtor(s)_____/


ORDER  DENYING REAFFIRMATION AGREEMENT


   This case came on for hearing on April 2, 2012 on the reaffirmation agreement made by the pro se debtor with the creditor, American Honda Finance Corporation (Doc. No. 13 ). After reviewing the file, agreement and considering the positions of all parties in interest, it is

   ORDERED:

The reaffirmation agreement is denied as not in the best interest of the debtor or debtors.

   DONE AND ORDERED on April 4, 2012 .

                                                            _____
                                                            Arthur B. Briskman
                                                            United States Bankruptcy Judge

.